IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

THOMAS MCGHEE,

      Appellant,

v.                                    Case No. 5D22-2584
                                      LT Case No. 2018-CF-003283

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 6, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Thomas McGhee, Perry, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, JAY and HARRIS, JJ., concur.